## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| TAMER ESCANDER, | * | |
|     Appellant, | * | |
| v. | * | Case No. 23-1656 |
| CHRISTINE WORMUTH, | * | |
|     Appellee. | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*    \*

**APPELLANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE OPENING BRIEF**

Appellant Tamer Escander hereby requests a 38-day extension of the deadline for filing his Opening Brief, until 22 September. This brief is due 15 August 2023. Appellee consents to this Motion.

Appellant has good cause for this Motion. The undersigned will be on prescheduled leave to address an out-of-town family matter from 12-19 August. After discussing the matter and their counsel's respective schedules, the parties agreed that the undersigned should request an extension until 22 September, which would make Appellee's opening brief due 23 October, which accounts for Appellee's counsel's prior out-of-town commitments.

This is the first extension requested for this Brief. Appellee consents to this Motion.

Date: July 18, 2023

                                                      Respectfully submitted,

                                                        /s/ Kelly B. McClanahan
                                                     Kelly B. McClanahan, Esq.
                                                     D.C. Bar #984704
                                                     National Security Counselors
                                                     4702 Levada Terrace
                                                     Rockville, MD  20853
                                                     301-728-5908
                                                     240-681-2189 fax
                                                     Kel@NationalSecurityLaw.org

                                                     *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 229 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan<br>
Kelly B. McClanahan, Esq.