UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| TAMER ESCANDER, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *  Case No. 23-1656 |
| | * |
| CHRISTINE WORMUTH, | * |
| | * |
| Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE OPENING BRIEF**

Appellant Tamer Escander hereby requests a further brief five-day extension of the deadline for filing his Opening Brief, until 27 September. This brief is due 22 September 2023. Appellee does not oppose this Motion.

Appellant has good cause for this Motion. The undersigned's young child was injured in an accident on Thursday and he spent a significant amount of time over the weekend caring for her, which forced him to extend a filing deadline from Friday until today. That delay in turn had a hydraulic effect on his ability to complete this Brief, which he does not anticipate being able to complete by the end of the week.

This is the second extension requested for this Brief.

Date: September 19, 2023

                                        Respectfully submitted,

                                        _/s/ Kelly B. McClanahan_
                                        Kelly B. McClanahan, Esq.
                                        D.C. Bar #984704
                                        National Security Counselors
                                        4702 Levada Terrace
                                        Rockville, MD  20853
                                        301-728-5908
                                        240-681-2189 fax
                                        Kel@NationalSecurityLaw.org

                                        *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 239 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

 /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
