FILED: September 20, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)

_____

TAMER ESCANDER

        Plaintiff - Appellant

v.

CHRISTINE WORMUTH

        Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 09/27/2023

Opening brief due: 09/27/2023

Response brief due: 10/30/2023

Any reply brief: 21 days from service of response brief.

                                For the Court--By Direction

                                /s/ Nwamaka Anowi, Clerk