UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| TAMER ESCANDER, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| v. | * | Case No. 23-1656 |
| | * | |
| CHRISTINE WORMUTH, | * | |
| | * | |
| Appellee. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

### APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT
### OF TIME WITHIN WHICH TO FILE OPENING BRIEF

Appellant Tamer Escander hereby requests a further two-day extension of the deadline for filing his Opening Brief, until 29 September. This brief is due today, 27 September 2023. Appellee does not oppose this Motion.

Appellant requests this relief due to excusable neglect. Yesterday Appellee's counsel emailed the undersigned regarding the content of the forthcoming Joint Appendix, which precipitated an exchange between the lawyers and a significant amount of research on the undersigned's part, up to and including a discussion with one of the Court's case management officers about the issue. This effort took enough time away from the undersigned's work on this Brief that he does not reasonably expect to complete it by midnight tonight, and he is generally unavailable to work on court filings on Thursdays due to his teaching requirements

at George Washington University Law School. He accordingly requests an additional two days within which to complete filing this Brief.

This is the third extension requested for this Brief.

Date: September 27, 2023

                                        Respectfully submitted,

                                        /s/ Kelly B. McClanahan
                                      Kelly B. McClanahan, Esq.
                                      D.C. Bar #984704
                                      National Security Counselors
                                      4702 Levada Terrace
                                      Rockville, MD  20853
                                      301-728-5908
                                      240-681-2189 fax
                                      Kel@NationalSecurityLaw.org

                                      *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 283 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
