FILED: September 27, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)

_____

TAMER ESCANDER

       Plaintiff - Appellant

v.

CHRISTINE WORMUTH

       Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Joint appendix due: 09/29/2023

Opening brief due: 09/29/2023

Response brief due: 11/01/2023

Any reply brief: 21 days from service of response brief.

                                        For the Court--By Direction

                                        /s/ Nwamaka Anowi, Clerk