# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

No. 23-1656

| | |
|---|---|
| **Tamer Escander,**<br>      **Plaintiff-Appellant**<br><br>      v.<br><br>**Christine Wormuth,**<br>      **Defendant-Appellee** | **Unopposed Motion of the United States for a 14-Day Extension of Briefing Deadline** |

Appellee Christine Wormuth, Secretary of the Army, by and through the United States Attorney for the Eastern District of North Carolina, hereby moves the Court pursuant to Federal Rule of Appellate Procedure 26(b) for a 14-day extension of time in which to respond to the Appellant's opening brief and, in support thereof, shows unto the Court the following:

1.    The undersigned Assistant United States Attorney (AUSA) has the responsibility of preparing the Government's response to this appeal, which is currently due to the Court on November 1, 2023. The Government has not previously requested an enlargement of time in this matter.

2.    Undersigned counsel has several competing deadlines, including another appellate brief filed in this Court today.

3. Additionally, due to the coordination of schedules of the agency and litigation counsel required to provide a complete and considered response to the Appellant's Brief, an enlargement of time is needed.

4. This request is not made for the purpose of delay, but to ensure a complete and accurate response to the Appellant's brief.

5. Counsel for the Appellant has stated his consent to this extension request.

WHEREFORE, the Government respectfully requests a 14-day extension of time to file its response to Appellant's opening brief, resulting in a deadline of November 15, 2023.

Respectfully submitted this 31st day of October, 2023.

           MICHAEL F. EASLEY, JR..
           *United States Attorney*

           By: /s/ Sharon C. Wilson
           SHARON C. WILSON
           Attorney for Defendant
           150 Fayetteville Street, Suite 2100
           Raleigh, NC 27601
           Telephone: (919) 856-4026
           Facsimile: (919) 856-4821
           N.C. Bar Number: 18435
           Sharon.Wilson2@usdoj.gov

## CERTIFICATE OF COMPLIANCE

1. Pursuant to Rule 32(g) of the Federal Rules of Appellate Procedure, I hereby certify that this document meets the type-volume limits of Rules 27(d), 35(b)(2), and/or 40(b) because, exclusive of the portions of the document exempted by Rule 32(f), this document contains <u>219</u> words.

   *(Filings are not to exceed 5,200 words for a motion or response and 2,600 words for a reply, pursuant to Rule 27(d), or 3,900 words for a petition for panel rehearing or rehearing en banc, pursuant to Rules 35(b)(2) and/or 40(b)).*

2. Further, this document complies with the typeface requirements of Rule 32(a)(5) and the type-style requirements of Rule 32(a)(6) because it has been prepared in Microsoft Word 2016 using fourteen-point *Calisto MT*, a proportional-width typeface.

/s/ Sharon C. Wilson
Sharon C. Wilson
*Assistant United States Attorney*