FILED: October 31, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)

_____

TAMER ESCANDER

       Plaintiff - Appellant

v.

CHRISTINE WORMUTH

       Defendant - Appellee

_____

O R D E R

_____

The court grants an extension of the briefing schedule as follows:

Response brief due: 11/15/2023

Any reply brief: 21 days from service of response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk