UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| TAMER ESCANDER, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *　　Case No. 23-1656 |
| | * |
| CHRISTINE WORMUTH, | * |
| | * |
| Appellee. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \*

### APPELLANT'S CONSENT MOTION FOR ENLARGEMENT
### OF TIME WITHIN WHICH TO FILE REPLY BRIEF

Appellant Tamer Escander hereby requests a fifteen-day extension of the deadline for filing his Reply Brief, until 21 December. This brief is due 6 December. Appellee consents to this Motion.

Appellant has good cause to request this relief. His deadline for this filing was originally 22 November, the day before Thanksgiving. However, on 31 October, Appellee requested (with Appellant's consent) and received a two-week extension, which naturally moved back Appellant's deadline as well. Due to this extension, the Thanksgiving holiday fell squarely in the middle of the period allotted for Appellant's reply, and Appellant's reply was now set to be filed the day before a previously scheduled D.C. Circuit brief and in the middle of the exam period for the class the undersigned teaches at the George Washington University

Law School (during which he also has oral arguments before the D.C. Circuit in another case on 13 December. Accordingly, Appellant requests an extension which would make his reply due the week after that exam period ends.

This is the first extension requested for this Brief.

Date: November 30, 2023

                                  Respectfully submitted,

                                  /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 297 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan<br>
Kelly B. McClanahan, Esq.