FILED: November 30, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)

_____

TAMER ESCANDER

        Plaintiff - Appellant

v.

CHRISTINE WORMUTH

        Defendant - Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 12/21/2023.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk