**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**

| | |
|---|---|
| TAMER ESCANDER, | * |
| Appellant, | * |
| v. | *   Case No. 23-1656 |
| CHRISTINE WORMUTH, | * |
| Appellee. | * |

\* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S CONSENT MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellant Tamer Escander hereby requests an approximately six-week extension of the deadline for filing his Reply Brief, until 2 February. This Brief is due 21 December. Appellee consents to this Motion.

Appellant has good cause to request this relief. As the Court is aware, the undersigned was supposed to administer exams last week for the class he teaches at the George Washington University Law School. However, due to a coronavirus complication in his class, he was forced to split this period, pushing the end of the exam period until yesterday. During this time, his youngest child became (and remains) ill, and he is on prescheduled leave for the last week of December and part of the first week of January. Further complicating his schedule is the fact that he already has numerous deadlines with various courts throughout January, which

necessitates pushing this deadline until the beginning of February. It is due to this confluence of events that he respectfully requests such a lengthy extension.

The undersigned apologizes for not requesting this extension earlier, but as can be seen above, he was on track to complete this Brief by the 21 December deadline and was only sidelined at the last minute due to other people's illnesses.

This is the second extension requested for this Brief.

Date: December 19, 2023

                                                                   Respectfully submitted,

                                                          /s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
D.C. Bar #984704
National Security Counselors
4702 Levada Terrace
Rockville, MD  20853
301-728-5908
240-681-2189 fax
Kel@NationalSecurityLaw.org

*Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 336 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

                                         /s/ Kelly B. McClanahan
                                         Kelly B. McClanahan, Esq.