FILED: December 19, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)
_____

TAMER ESCANDER

       Plaintiff - Appellant

v.

CHRISTINE WORMUTH

       Defendant - Appellee

_____

O R D E R
_____

The court grants the motion to extend filing time and extends the time for filing the reply brief to 02/02/2024. Counsel is advised that no further extensions will be granted for filing the reply brief absent a showing of extraordinary circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk