# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 5, 2024

_____

## DOCKET CORRECTION NOTICE

_____

No. 23-1656,   <u>Tamer Escander v. Christine Wormuth</u>
              5:20-cv-00589-BO

TO:   Tamer Escander

FILING CORRECTION DUE:  February 12, 2024

Please make the correction identified below and file a corrected document by the date indicated.

---

[ X ] Incorrect event used. Please refile document using BRIEF filed, in the drop-down menu select Reply.

Richard H. Sewell, Deputy Clerk
804-916-2702