UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | | |
|---|---|---|
| TAMER ESCANDER, | * | |
| Appellant, | * | |
| v. | * | Case No. 23-1656 |
| CHRISTINE WORMUTH, | * | |
| Appellee. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED *NUNC PRO TUNC* MOTION FOR ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY BRIEF**

Appellant Tamer Escander hereby requests a retroactive extension of approximately one hour of the deadline for filing his Reply Brief. This Brief was due at midnight on 2 February and was filed at 1:06 AM on 3 February. Appellee takes no position on this Motion.

Appellant requests this relief due to excusable neglect. The undersigned's youngest child was injured yesterday and had a significant amount of difficulty moving and sleeping without pain today, which diminished his ability to complete this Brief. As the Court is aware, he already had several other filings due in various cases over the past few weeks, including another appellate reply brief, a district court brief, and a mediation statement which were all due on Wednesday, and so the loss of even part of a day had an adverse effect on his ability to meet this

deadline. Despite these complications, he steadily worked on this Brief when he was able and filed it shortly after midnight.

This is the third and final extension requested for this Brief.

Date: February 5, 2024

                                    Respectfully submitted,

                                    /s/ Kelly B. McClanahan
                                  Kelly B. McClanahan, Esq.
                                  D.C. Bar #984704
                                  National Security Counselors
                                  4702 Levada Terrace
                                  Rockville, MD  20853
                                  301-728-5908
                                  240-681-2189 fax
                                  Kel@NationalSecurityLaw.org

                                  *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 296 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

                                         /s/ Kelly B. McClanahan
                                         Kelly B. McClanahan, Esq.