UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

| | |
|---|---|
| TAMER ESCANDER, | * |
| | * |
| Appellant, | * |
| | * |
| v. | *   Case No. 23-1656 |
| | * |
| CHRISTINE WORMUTH, | * |
| | * |
| Appellee. | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**APPELLANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME
WITHIN WHICH TO FILE PETITION FOR PANEL REHEARING**

Appellant Tamer Escander hereby requests, pursuant to Local Rule 40(c), a one-week extension of the deadline for filing his Petition for Panel Rehearing, until 23 May. This Brief is due this Thursday, 16 May. Appellee does not oppose this Motion.

Appellant requests this extension due to extraordinary circumstances beyond the control of his undersigned counsel. The undersigned also has an opposition to a motion to dismiss due on Wednesday, 15 May, which was scheduled in March, before this Court issued its decision. He also must file two fact-intensive procedural motions this week in that case which are inextricably tied to the motion to dismiss. He has requested a stay of the opposition deadline to allow adjudication of the procedural motions, but the stay has not yet been granted, and even if it is,

he will still need to file the procedural motions this week, which would still make it virtually impossible to file a thorough motion for rehearing in a case where the Court did not articulate any of the reasons for its initial decision. Further exacerbating matters is the fact that the undersigned is presenting at a virtual conference on Thursday, although that presentation was admittedly scheduled the week after the Court's decision and was not entirely beyond the undersigned's control.

The undersigned apologizes for not requesting this extension earlier, but he was awaiting the response to his attempt this past Friday to meet and confer with Appellee's counsel, which was complicated due to the fact that Appellee's assigned counsel is on leave and there was some delay locating someone who could provide Appellee's position.

This is the first extension requested for this petition.

Date: May 13, 2024

                                           Respectfully submitted,

                                             /s/ Kelly B. McClanahan  
                                           Kelly B. McClanahan, Esq.  
                                           D.C. Bar #984704  
                                           National Security Counselors  
                                           4702 Levada Terrace  
                                           Rockville, MD  20853  
                                           301-728-5908  
                                           240-681-2189 fax  
                                           Kel@NationalSecurityLaw.org  
                                           *Counsel for Appellant*

## **CERTIFICATE OF COMPLIANCE**

I hereby certify that the foregoing filing contains 399 words, and was prepared in 14-point Times New Roman font using Microsoft Word 2016.

/s/ Kelly B. McClanahan
Kelly B. McClanahan, Esq.
