FILED: May 14, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)
_____

TAMER ESCANDER

      Plaintiff - Appellant

v.

CHRISTINE WORMUTH

      Defendant - Appellee

_____

O R D E R
_____

The court grants the motion for extension and extends the time for filing petition for rehearing to 5/23/2024.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk