FILED:  June 10, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)

_____

TAMER ESCANDER

      Plaintiff - Appellant

v.

CHRISTINE WORMUTH

      Defendant - Appellee

_____

O R D E R

_____

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge King, Judge Rushing, and Senior

Judge Motz.

For the Court

/s/ Nwamaka Anowi, Clerk