FILED: June 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1656
(5:20-cv-00589-BO)

_____

TAMER ESCANDER

    Plaintiff - Appellant

v.

CHRISTINE WORMUTH

    Defendant - Appellee

_____

M A N D A T E
_____

The judgment of this court, entered April 1, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*